MCGUIREWOODS LLP
E. Christine Hehir (SBN 201969)
chehir@mcguirewoods.com
1800 Century Park East, Eighth Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorney for BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>James Brooks Buchanan<br><br>Debtor. | Bankruptcy Case No. 17-26418<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that E. Christine Hehir of the law firm McGuireWoods LLP hereby gives her appearance on behalf of Bank of America, N.A. The undersigned further requests that she be added to the Master Mailing list, in the above entitled and numbered case, and receive all notices filed in this case. Counsel's address is as follows:

MCGUIREWOODS LLP

E. Christine Hehir (SBN 201969)

1800 Century Park East, Eighth Floor

Los Angeles, CA 90067-1501

chehir@mcguirewoods.com

1

This Notice of Appearance and Request for Notice is filed pursuant to FRBP 2002(g) and 9010 of Rules of Bankruptcy Procedure.

DATED: December 6, 2017  Respectfully submitted,

MCGUIREWOODS LLP

By:  */s/ E. Christine Hehir*
E. Christine Hehir
Attorney for Defendant
BANK OF AMERICA, N.A.